KANTOR & KANTOR, LLP
ALAN E. KASSAN, State Bar No. 113864
akassan@kantorlaw.net
PETER S. SESSIONS, State Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Cynthia Sullivan

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL, State Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and Home Depot
Welfare Benefits Plan, incorrectly sued as
The Home Depot Long Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA SULLIVAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; THE HOME DEPOT LONG TERM DISABILITY PLAN,<br><br>  Defendants. | Case No. C 09-03718 PJH<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>CMC Currently Scheduled For:<br><br>Date:     February 25, 2010<br>Time:     2:00 p.m.<br>Location: Ctrm. of the Hon. Phyllis J. Hamilton |

///

///

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER
1

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys of record, that the case management conference in the above-captioned matter, currently scheduled for February 25, 2010 at 2:00 p.m., be continued to May 20, 2010 at 2:00 p.m., or to the nearest date and time convenient for the Court, for the following reasons:

1. In preparation for the initial case management conference, the parties first learned about, and discussed, their dispute regarding whether plaintiff had exhausted her administrative remedies in this ERISA matter by submitting an appeal to defendants.

2. At the initial case management conference, which took place on November 19, 2009, the Court discussed this dispute with counsel, and ruled as follows: "The court will allow the appeal to go forward. The case is stayed pending adjudication of the appeal. A further case management conference is set for 2/25/10 at 2:00 p.m. A joint case management conference statement shall be filed by 2/18/10."

3. Plaintiff's counsel represents that his office is, and has been, in the process of collecting supplemental information in support of Ms. Sullivan's appeal.

4. Plaintiff's counsel has been able to obtain information regarding Ms. Sullivan's award of Social Security benefits, which has already been forwarded to defense counsel.

5. However, much of the remaining supporting information consists of medical records, and obtaining those records has taken longer than originally expected due to delays in the responses of Ms. Sullivan's medical providers.

6. Plaintiff's counsel anticipates that his office will be able to complete its investigation and submit Ms. Sullivan's appeal to defendants within the next two weeks. However, defendants will require time to process this submission and render a decision on Ms. Sullivan's appeal.

1    7.   Accordingly, the parties hereby stipulate that the case management conference,
2 currently set for February 25, 2010 at 2:00 p.m., be continued to May 20, 2010 at 2:00 p.m., or to the
3 nearest date and time convenient for the Court, in order to permit the parties adequate time to
4 complete the administrative appeal process.

6 DATED: February 18, 2010                    KANTOR & KANTOR, LLP

8                                              By:   */s/ Peter S. Sessions*
                                                     Alan E. Kassan
9                                                    Peter S. Sessions
                                                     Attorneys for Plaintiff
10                                                   Cynthia Sullivan

11 DATED:  February 18, 2010                   SEDGWICK, DETERT, MORAN & ARNOLD
12                                              LLP

14                                             By:   */s/ Rebecca A. Hull*
                                                     Rebecca A. Hull
15                                                   Attorney for Defendants
                                                     Metropolitan Life Insurance Company and
16                                                   Home Depot Welfare Benefits Plan, incorrectly
                                                     sued as The Home Depot Long Term Disability
17                                                   Plan

19                                          **ORDER**

20     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference
21 in this matter is continued from February 25, 2010 at 2:00 p.m. to May ~~20~~ 27, 2010 at 2:00 p.m.  A joint
22 case management conference statement shall be filed by May ~~13~~ 20, 2010.

25 Date:  2/22/10                              _____
26                                             HONORABLE PHYLLIS J. HAMILTON
                                               UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER
3