KANTOR & KANTOR, LLP
ALAN E. KASSAN, State Bar No. 113864
akassan@kantorlaw.net
PETER S. SESSIONS, State Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
Cynthia Sullivan


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635


Attorneys for Defendants Metropolitan Life
Insurance Company and The Home Depot Long
Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Sullivan, | CASE NO. 3:09-cv-03718 PJH |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| Metropolitan Life Insurance Company and The Home Depot Long Term Disability Plan, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys of record, that the case management conference in the above-captioned matter, currently scheduled for May 27, 2010 at 2:00 p.m., should be continued to September 16, 2010 at 2:00 p.m., or to the nearest date and time to that date that is convenient for the Court, for the

following reasons:

1. On February 18, 2010, the parties stipulated to a continuance of the Case Management Conference, requesting additional time to permit the parties to complete the administrative appeal process. The Case Management Conference was continued at that time to May 27, 2010.

2. Plaintiff has now collected and submitted her appeal documents to defendants, and the appeal is being considered but has not yet been decided.

3. Accordingly, the parties hereby stipulate that the case management conference, currently set for May 27, 2010 at 2:00 p.m., be continued to September 16, 2010 at 2:00 p.m., or to the nearest date and time convenient for the Court, in order to permit the parties adequate time to complete the Plan's full administrative appeal process.

IT IS SO AGREED AND STIPULATED.

DATED: May 19, 2010          KANTOR & KANTOR, LLP


                             By:   /s/ Peter S. Sessions (as authorized 5/19/10)
                                  Alan E. Kassan
                                  Peter S. Sessions
                                  Attorneys for Plaintiff Cynthia Sullivan

DATED: May 19, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP


                             By:   /s/ Rebecca A. Hull
                                  Rebecca A. Hull
                                  Attorneys for Defendants Metropolitan Life
                                  Insurance Company and The Home Depot Long
                                  Term Disability Plan


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case management conference in this matter is continued from May 27, 2010 at 2:00 p.m. to September 16, 2010 at 2:00 p.m. A joint case management conference statement shall be filed by September 9, 2010.

Date: 5/20/10

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton