UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA SULLIVAN

    Plaintiff(s),                          No. C 09-03718 PJH

    v.                                  **JUDGMENT**

METROPOLITAN LIFE INSURANCE COMPANY

    Defendant(s).

_____/

    The court having granted plaintiff's motion for judgment and denied defendant's motion for judgment,

    it is Ordered, Adjudged and Decreed

    that judgment be entered in favor of plaintiff Cynthia Sullivan and against defendant Metropolitan Life Insurance Company in the amount of $39,933.00, and further that plaintiff recover from defendant the costs of suit according to proof.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge