1  KANTOR & KANTOR, LLP
   GLENN KANTOR, State Bar No. 122643
2  gkantor@kantorlaw.net
   PETER S. SESSIONS, State Bar No. 193301
3  psessions@kantorlaw.net
   19839 Nordhoff Street
4  Northridge, California  91324
   Telephone:  (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff
   Cynthia Sullivan
7

8  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
9  rebecca.hull@sedgwicklaw.com
   333 Bush Street, 30th Floor
10 San Francisco, California 94104
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12
   Attorneys for Defendants Metropolitan Life
13 Insurance Company and The Home Depot Long
   Term Disability Plan
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17

   Cynthia Sullivan,                          CASE NO. 3:09-cv-03718 PJH
18
              Plaintiff,                       **STIPULATION TO CONTINUE
19                                              BRIEFING AND HEARING ON
           v.                                   PLAINTIFF'S MOTION FOR AWARD OF
20                                              ATTORNEY'S FEES; [~~PROPOSED~~]
   Metropolitan Life Insurance Company and     ORDER**
21 The Home Depot Long Term Disability
   Plan,
22
              Defendants.
23

24
          IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
25
   attorneys of record, that the hearing and briefing on Plaintiff's Motion for Award of Attorney's
26
   Fees be continued for 30 days, as the parties are resolving the issues raised in the motion and
27
   request a continuance to complete the necessary documentation.  The hearing on plaintiff's
28

   STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR AWARD OF
                     ATTORNEY'S FEES; [PROPOSED] ORDER

1   motion is currently scheduled for November 4, 2011 at 1:30 p.m., with defendants' opposition

2   due October 7, 2011, and plaintiff's reply due October 14, 2011.  The parties stipulate to and

3   request the following new dates: December 2 at 1:30 p.m. for hearing, or to the nearest date and

4   time to that date that is convenient for the Court; defendants' opposition due November 11, 2011,

5   and plaintiff's reply due November 18, 2011.

6          IT IS SO AGREED AND STIPULATED.

7   DATED:  October 6, 2011          KANTOR & KANTOR, LLP

8

9                                    By:    /s/ Glenn Kantor
                                           Glenn Kantor
10                                          Peter S. Sessions
                                           Attorneys for Plaintiff Cynthia Sullivan
11

12  DATED:  October 6, 2011          SEDGWICK LLP

13                                   By:    /s/ Rebecca A. Hull_____
                                           Rebecca A. Hull
14                                          Attorneys for Defendants Metropolitan Life
                                           Insurance Company and The Home Depot Long
15                                          Term Disability Plan

16

17                                   ORDER

18        PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on plaintiff's

                                                              9:30 AM
19  Motion for an Award of Attorney's Fees shall be re-set for December 2, 2011 at ~~1:30 p.m.~~, with

20  defendants' opposition due November 11, 2011, and plaintiff's reply due November 18, 2011.

21

22  Date: ___10/17/11_____       _____
                                     UNITED STATES MAGISTRATE JUDGE
23

24                                   JOSEPH C. SPERO

25

26

27

28

SF/2543827v1                         -2-                    CASE NO. 3:09-cv-03718 PJH
STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR AWARD OF
                    ATTORNEY'S FEES; [PROPOSED] ORDER