| | |
|---|---|
| 1 | KANTOR & KANTOR, LLP |
| | GLENN KANTOR, State Bar No. 122643 |
| 2 | gkantor@kantorlaw.net |
| | PETER S. SESSIONS, State Bar No. 193301 |
| 3 | psessions@kantorlaw.net |
| | 19839 Nordhoff Street |
| 4 | Northridge, California 91324 |
| | Telephone: (818) 886-2525 |
| 5 | Facsimile: (818) 350-6272 |
| 6 | Attorneys for Plaintiff |
| | Cynthia Sullivan |
| 7 | |
| 8 | SEDGWICK LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 9 | rebecca.hull@sedgwicklaw.com |
| | 333 Bush Street, 30th Floor |
| 10 | San Francisco, California 94104 |
| | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| 12 | |
| | Attorneys for Defendants Metropolitan Life |
| 13 | Insurance Company and The Home Depot Long |
| | Term Disability Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cynthia Sullivan, | | CASE NO. 3:09-cv-03718 PJH |
| | Plaintiff, | **STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES; [~~PROPOSED~~] ORDER** |
| | v. | |
| Metropolitan Life Insurance Company and The Home Depot Long Term Disability Plan, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys of record, that the hearing and briefing on Plaintiff's Motion for Award of Attorney's Fees be continued for 30 days, as the parties are resolving the issues raised in the motion and request a continuance to complete the necessary documentation. The hearing on plaintiff's

1  motion is currently scheduled for November 4, 2011 at 1:30 p.m., with defendants' opposition
2  due October 7, 2011, and plaintiff's reply due October 14, 2011.  The parties stipulate to and
3  request the following new dates: December 2 at 1:30 p.m. for hearing, or to the nearest date and
4  time to that date that is convenient for the Court; defendants' opposition due November 11, 2011,
5  and plaintiff's reply due November 18, 2011.

6          IT IS SO AGREED AND STIPULATED.

7   DATED:  October 6, 2011           KANTOR & KANTOR, LLP

9                                    By:    /s/ Glenn Kantor
                                            Glenn Kantor
10                                          Peter S. Sessions
                                            Attorneys for Plaintiff Cynthia Sullivan

12  DATED:  October 6, 2011           SEDGWICK LLP

13                                    By:    /s/ Rebecca A. Hull_____
                                            Rebecca A. Hull
14                                          Attorneys for Defendants Metropolitan Life
                                            Insurance Company and The Home Depot Long
15                                          Term Disability Plan

17                                    ORDER

18       PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on plaintiff's
                                                                          9:30 AM
19  Motion for an Award of Attorney's Fees shall be re-set for December 2, 2011 at ~~1:30 p.m.~~, with
20  defendants' opposition due November 11, 2011, and plaintiff's reply due November 18, 2011.

22  Date: __10/17/11__                _____
                                      UNITED STATES MAGISTRATE JUDGE
23                                    JOSEPH C. SPERO

SF/2543827v1                          -2-                CASE NO. 3:09-cv-03718 PJH
STIPULATION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFF'S MOTION FOR AWARD OF
ATTORNEY'S FEES; [PROPOSED] ORDER