| | |
|---|---|
| 1 | KANTOR & KANTOR, LLP |
|   | GLENN KANTOR, State Bar No. 122643 |
| 2 | gkantor@kantorlaw.net |
|   | PETER S. SESSIONS, State Bar No. 193301 |
| 3 | psessions@kantorlaw.net |
|   | 19839 Nordhoff Street |
| 4 | Northridge, California  91324 |
|   | Telephone:  (818) 886-2525 |
| 5 | Facsimile:  (818) 350-6272 |
| 6 | Attorneys for Plaintiff |
|   | Cynthia Sullivan |
| 7 | |
| 8 | SEDGWICK LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
| 9 | rebecca.hull@sedgwicklaw.com |
|   | 333 Bush Street, 30th Floor |
| 10 | San Francisco, California 94104 |
|    | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| 12 | |
|    | Attorneys for Defendants Metropolitan Life |
| 13 | Insurance Company and The Home Depot Long |
|    | Term Disability Plan |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cynthia Sullivan, | | CASE NO. 3:09-cv-03718 PJH |
| | Plaintiff, | **STIPULATION RE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER** |
| | v. | |
| Metropolitan Life Insurance Company and The Home Depot Long Term Disability Plan, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys of record, that the parties have reached an agreement with regard to Plaintiff's Motion for Award of Attorney's Fees (ECF Nos. 42-43), and request the Court issue an order discharging defendants Metropolitan Life Insurance Company and The Home Depot Long Term Disability

1  Plan's liability, and award fees and costs in the amount of $57,500.00 (fifty seven thousand five

2  hundred dollars exactly), to be paid to plaintiff's attorneys of record, Kantor & Kantor LLP.  As

3  such, the parties further request that the hearing on plaintiff's motion be taken off calendar.

4      IT IS SO AGREED AND STIPULATED.

5  DATED:  November  11, 2011    KANTOR & KANTOR, LLP

6

7          By:    /s/ Glenn Kantor
            Glenn Kantor
8              Peter S. Sessions
            Attorneys for Plaintiff Cynthia Sullivan
9

10  DATED:  November  11, 2011    SEDGWICK LLP

11
        By:    /s/ Rebecca A. Hull_____
12              Rebecca A. Hull
            Attorneys for Defendants Metropolitan Life
13              Insurance Company and The Home Depot Long
            Term Disability Plan
14

15  <u>ORDER</u>

16      PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on plaintiff's

17  Motion for an Award of Attorney's Fees is vacated in light of the parties' stipulation as to the

18  amount of fees and costs to be paid.  Pursuant to the parties' stipulation above, the Court

19  ORDERS that defendants shall pay to plaintiff's attorneys of record, Kantor & Kantor LLP, the

20  sum of Fifty-Seven Five Hundred Dollars ($57,500.00), in full satisfaction of all

21  attorney's fees and costs incurred with regard to this action, through and including November 11,

22  2011.

23

24  Date: _____    _____
            UNITED STATES DISTRICT JUDGE
25

26

27

28