KANTOR & KANTOR, LLP
GLENN KANTOR, State Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, State Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
Cynthia Sullivan


SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635


Attorneys for Defendants Metropolitan Life
Insurance Company and The Home Depot Long
Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Sullivan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Metropolitan Life Insurance Company and The Home Depot Long Term Disability Plan,<br><br>　　　　　Defendants. | CASE NO. 3:09-cv-03718 PJH<br><br>**STIPULATION RE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES; [PROPOSED] ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their attorneys of record, that the parties have reached an agreement with regard to Plaintiff's Motion for Award of Attorney's Fees (ECF Nos. 42-43), and request the Court issue an order discharging defendants Metropolitan Life Insurance Company and The Home Depot Long Term Disability

1  Plan's liability, and award fees and costs in the amount of $57,500.00 (fifty seven thousand five

2  hundred dollars exactly), to be paid to plaintiff's attorneys of record, Kantor & Kantor LLP.  As

3  such, the parties further request that the hearing on plaintiff's motion be taken off calendar.

4         IT IS SO AGREED AND STIPULATED.

5  DATED:  November 11, 2011        KANTOR & KANTOR, LLP

6

7                                    By:    /s/ Glenn Kantor
                                         Glenn Kantor
8                                        Peter S. Sessions
                                         Attorneys for Plaintiff Cynthia Sullivan
9

10 DATED:  November 11, 2011        SEDGWICK LLP

11
                                    By:    /s/ Rebecca A. Hull_____
12                                       Rebecca A. Hull
                                         Attorneys for Defendants Metropolitan Life
13                                       Insurance Company and The Home Depot Long
                                         Term Disability Plan
14

15                                  ORDER

16        PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on plaintiff's

17 Motion for an Award of Attorney's Fees is vacated in light of the parties' stipulation as to the

18 amount of fees and costs to be paid.  Pursuant to the parties' stipulation above, the Court

19 ORDERS that defendants shall pay to plaintiff's attorneys of record, Kantor & Kantor LLP, the

20 sum of Fifty-Seven Thousand Five Hundred Dollars ($57,500.00), in full satisfaction of all

21 attorney's fees and costs incurred with regard to this action, through and including November 11,

22 2011.

23

24 Date:  11/15/11                   _____
                                    UNITED STATES DISTRICT JUDGE
25
                                    [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]
26

27

28