1  KANTOR & KANTOR, LLP
   GLENN KANTOR, State Bar No. 122643
2  gkantor@kantorlaw.net
   PETER S. SESSIONS, State Bar No. 193301
3  psessions@kantorlaw.net
   19839 Nordhoff Street
4  Northridge, California  91324
   Telephone:  (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff
   Cynthia Sullivan

7

8  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
9  rebecca.hull@sedgwicklaw.com
   333 Bush Street, 30th Floor
10 San Francisco, California 94104
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12
   Attorneys for Defendants Metropolitan Life
13 Insurance Company and The Home Depot Long
   Term Disability Plan
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17

18 Cynthia Sullivan,                    CASE NO. 3:09-cv-03718 PJH

19         Plaintiff,                   **STIPULATION RE PLAINTIFF'S
                                        MOTION FOR ATTORNEY'S FEES;
      v.                                [~~PROPOSED~~] ORDER**
20
   Metropolitan Life Insurance Company and
21 The Home Depot Long Term Disability
   Plan,
22
           Defendants.
23

24
        IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
25
   attorneys of record, that the parties have reached an agreement with regard to Plaintiff's Motion
26
   for Award of Attorney's Fees (ECF Nos. 42-43), and request the Court issue an order discharging
27
   defendants Metropolitan Life Insurance Company and The Home Depot Long Term Disability
28

Plan's liability, and award fees and costs in the amount of $57,500.00 (fifty seven thousand five hundred dollars exactly), to be paid to plaintiff's attorneys of record, Kantor & Kantor LLP.  As such, the parties further request that the hearing on plaintiff's motion be taken off calendar.

    IT IS SO AGREED AND STIPULATED.

DATED:  November  11, 2011    KANTOR & KANTOR, LLP

    By:    /s/ Glenn Kantor
    Glenn Kantor
    Peter S. Sessions
    Attorneys for Plaintiff Cynthia Sullivan

DATED:  November  11, 2011    SEDGWICK LLP

    By:    /s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Defendants Metropolitan Life
    Insurance Company and The Home Depot Long
    Term Disability Plan

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on plaintiff's Motion for an Award of Attorney's Fees is vacated in light of the parties' stipulation as to the amount of fees and costs to be paid.  Pursuant to the parties' stipulation above, the Court ORDERS that defendants shall pay to plaintiff's attorneys of record, Kantor & Kantor LLP, the sum of Fifty-Seven Thousand Five Hundred Dollars ($57,500.00), in full satisfaction of all attorney's fees and costs incurred with regard to this action, through and including November 11, 2011.

Date: 11/15/11

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*